IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:                                                          Case No.:14-08568-EAG

SERBIAS SCHOOL OF BEAUTY                        Chapter 7
CULTURE, INC.

    Debtor.
_____/

**RE-NOTICE OF INTENT TO SELL PROPERTY
AT PUBLIC SALE
(ONLY LOWERING THE MINIMUM BID)**

    NOREEN WISCOVITCH RENTAS, CHAPTER 7 TRUSTEE, represents that she will sell at public sale property of Debtor's Estate as described below:

    Lot 1: School Equipment and Inventory: a list provided by Debtor is attached as **Exhibit "A".**
    Lot 2: Vehicle: 2007 FORD E-350, VIN 1FBSS31L77DA50060, PLATE 827893

    Pictures taken by the Trustee are attached as **Exhibit "B".**

The value of the School Equipment and Inventory per Debtor is $14,730.00, and the value of the vehicle is $8,434.00.

The minimum bid accepted by the Trustee for the School Equipment and Inventory will be $1,500.00, and for the vehicle is $3,000.00.

**THE TRUSTEE HAS RECEIVED AN OFFER FOR THE TOTAL MINIMUM BID OF $1,000.00 FROM OVIDIO ORTIZ FOR THE SCHOOL EQUIPMENT AND INVENTORY AND $3,000.00 FOR THE VEHICLE.  THE TRUSTEE WILL SELL TO OVIDIO ORTIZ IF ON THE DAY AND TIME OF THE AUCTION THERE IS NO BETTER OR HIGHER OFFER.**

**A public auction date has been scheduled for Friday, March 13, 20159, at 2:30 PM, at Lobby UST Meeting Room, First Floor, 500 Tanca Street, Old San Juan, Puerto Rico.**

**Inspection of School Equipment and Inventory and vehicle will be at a time and date to be determined by the Trustee.  Interested parties must contact the Trustee for inspection date and time.**

**TERMS AND CONDITIONS:**

1. A public auction is to be conducted for the sale of these assets on the time and date detailed herein. Full payment of the sale price shall be required from the bidder to whom the sale is adjudicated payable in money order or certified check, on adjudication at the auction.

2. The minimum amount to be considered as a bonafide offer for the **School Equipment and Inventory** comprised in this sale for will be $1,000.00; and for the **vehicle** will be $3,000.00. Increments will be in the 100.00.

3. Unless a party in interest files a written objection, with a copy thereof served to the trustee within **TWENTY ONE(21) DAYS** from the date of this Notice, the trustee will complete the sale contemplated herein and adjudicate the sale to the best offer or upon the terms herein set forth.

4. At the public auction, the sale will be adjudicated to the highest bidder, except when the trustee, at her sole discretion, reject any bids that does not comply with this notice or does not represent a fair price for the property to be sold.

5. All sales are made "as is" and "where is" without warranty of any kind. All risk of loss shall pass to the buyer upon adjudication of the sale by the trustee. The inventory shall be transferred on an **"AS IS" "WHERE IS"** and **"WITH ALL FAULTS"** basis. **THE TRUSTEE EXPRESSLY DISCLAIMS ALL EXPRESS AND IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.**

6. Sales adjudicated at the auction are final and shall constitute an enforceable contract between the trustee and the buyer(s).

7. The property subject of this sale may be inspected by potential buyers and other parties in interest upon appointment with the undersigned Trustee.

8. The Trustee reserves the right to increase the minimum bid, change the terms of the sale, remove add items to the sale; cancel the sale at her discretion. The Trustee may sell the property individually or in lots as described in the notice.

10. The buyer in the sale will have 5 days to remove the inventory and equipment from Debtors premises and will return the same in clean condition. Any damage to the premises will have to be repaired by the buyer prior to leaving the premises. <u>**The Buyer will be responsible for renewal of the expired license and the payment of any fines pending before the Department of motor Vehicle (DTOP) and the costs of transferring Title.**</u>

NOTICE IS HEREBY GIVEN that any purported creditor with a valid and enforceable lien over the assets of this estate detailed herein shall inform the trustee or object to this sale

within the next **TWENTY ONE (21) DAYS** from the Date of this Notice, in order have its claim considered within the sale of these assets.

NOTICE IS HEREBY GIVEN unless a party in interest files a written objection, with a copy thereof served to the trustee, within **TWENTY ONE(21) DAYS** from the Date of this Notice, the trustee will conduct the sale contemplated herein and will adjudicate the sale(s) upon the terms herein set forth. Should a timely objection be filed, a hearing on such objection will be scheduled by the Court.

**I HEREBY CERTIFY THAT** copy of this notice has been served by ECF Electronic Mail to: Debtor's attorney, Juan Carlos Bigas, at the address on record, and United States Trustee's Office, Ochoa Building, 500 Tanca Street, Suite 301, Old San Juan, Puerto Rico.

**I further certify that:** Copy of this notice has been served by First Class Mail to all creditors and other parties in interest, as detailed in the enclosed Master Address List.

**I further certify that** copy of this Notice will be posted on the bulletin board at the Bankruptcy Court after it is filed with the Clerk's Office.

In San Juan, Puerto Rico, this 11th day of February, 2015

/s/ Noreen Wiscovitch Rentas
**NOREEN WISCOVITCH RENTAS**
CHAPTER 7 TRUSTEE
PMB 136
400 Kalaf Street
San Juan, Puerto Rico 00918
Tel. (787) 946-0132
Fax (787) 946-0133
noreen@nwr-law.com

# SCHOOL EQUIPMENT AND INVENTORY

97 CHAIRS
5 RUBBERMAID PLASTIC CHAIRS
36 TABLES
1 REFRIGERATOR
7 DESKS
3 ESTHETIC BED
2 LUPAS ESTETICAS
7 BEAUTY CHAIR
7 COSMETOLOGY STATIONS
7 SHAMPOO BOWLS
1 STERILIZE MACHINE
1 WAX WARMER
1 EMA MACHINE
1 HOT CABINET MACHINE
4 COMPUTERS
4 FILE CABINET
7 BLACKBOARDS
7 DESK CHAIRS
2 FOUNTAINS
3 PRINTERS

   
   
   
  

   
  

 

```
Label Matrix for local noticing          POPULAR AUTO                              SERBIAS SCHOOL OF BEAUTY CULTURE INC
0104-2                                    PO BOX 366818                             PO BOX 1147
Case 14-08568-EAG7                        SAN JUAN, PR 00936-6818                   GUAYAMA, PR 00785-1147
District of Puerto Rico
Ponce
Tue Dec  2 11:25:53 AST 2014

US Bankruptcy Court District of PR        A A A                                     AEE
Jose V Toledo Fed Bldg & US Courthouse    PO BOX 70101                              PO BOX 364267
300 Recinto Sur Street, Room 109          SAN JUAN, PR 00936-8101                   SAN JUAN, PR  00936-4267
San Juan, PR 00901-1964


AMERICAN BUREAU OF COLLECTIONS            AMERICAN EXPRESS                          ATES
1100 MAIN ST                              POB 3001                                  PO BOX 373244
BUFFALO, NY 14209-2356                    MALVERN, PA  19355-0701                   CAYEY, PR 00737-3244


BAKER TILLY PUERTO RICO                   BANCO POPULAR                             CENGAGE APG
PO BOX 366202                             PO BOX 362708                             10650 TOEBBEN DRIVE
SAN JUAN, PR 00936-6202                   SAN JUAN, PR  00936-2708                  INDEPENDENCE, KY 41051-5100


CHOICE CABLE TV                           CLARO                                     CORPORACION DEL FONDO DEL SEGURO DEL EST
PO BOX 5229                               PO BOX 70366                              PO BOX 365028
AGUADILLA, PR 00605-5229                  SAN JUAN, PR  00936-8366                  SAN JUAN PR, PR  00936-5028


CRESCA CORPORATION                        DEPARTAMENTO DEL TRABAJO                  DEPARTAMENTO DEL TRABAJO
PMB 92  PO BOX 71325                      C/O CARLOS TORRES                         C/O DAYHANA SANTOS COLON
SAN JUAN, PR 00936-8425                   PO BOX 191020                             PO BOX 191020
                                          SAN JUAN, PR 00919-1020                   SAN JUAN, PR 00919-1020


DEPARTAMENTO DEL TRABAJO                  DEPARTAMENTO DEL TRABAJO                  DEPARTAMENTO DEL TRABAJO
C/O EDNICE DE JESUS                       C/O GABRIEL GOMEZ                         C/O JOSE R NAVARRO
PO BOX 191020                             PO BOX 191020                             PO BOX 191020
SAN JUAN, PR 00919-1020                   SAN JUAN, PR 00919-1020                   SAN JUAN, PR 00919-1020


DEPARTAMENTO DEL TRABAJO                  DEPARTAMENTO DEL TRABAJO                  DEPARTMENT OF TREASURY
C/O WANDA PABON                           C/O YAHAIRA L ORTIZ                       BANKRUPTCY SECTION
PO BOX 191020                             PO BOX 191020                             235 AVE. ARTERIAL HOSTOS
SAN JUAN, PR 00919-1020                   SAN JUAN, PR 00919-1020                   SAN JUAN, PR 00918-1451


EL REGIONAL DE GUAYAMA                    FASHION GROUP INC                         GUAYAMA OFFICE SUPPLY
PO BOX 10007 SUITE 356                    27 BARBOSA AVENUE                         PO BOX 238
GUAYAMA, PR 00785-4007                    SAN JUAN, PR  00917                       GUAYAMA, PR 00785-0238


INTERNAL REVENUE SERVICE                  JUAN C BIGAS                              JUNIOR BUS LINE, INC
P.O. BOX 7346                             PO BOX 7011                               PO BOX 807
PHILADELPHIA, PA  19101-7346              PONCE PR 00732-7011                       PATILLAS, PR 00723-0807
```

```
KASHI BEAUTY DISTRIBUTORS            LCDA ANGELY M LUNA GARCIA           MERCEDEZ BENZ FINANCIAL SERVICES
AVE 65 DE INFANTERIA 7500            1863 AVE FERNANDEZ JUNCOS            PO BOX 685
CAROLINA, PR 00987-7176              COND THE CITY APT 201                ROANOKE, TX 76262-0685
                                     SAN JUAN, PR  00909


POPULAR  AUTO                        PRWS                                 PUERTO RICO TELEPHONE DBA CLARO
BANKRUPTCY DEPARTMENT                PO BOX 71325                         FRANCISCO J SILVA, ESQ
PO BOX 366818                        SAN JUAN, PR 00936-8425              PO BOX 360998
SAN JUAN, PR  00936-6818                                                  SAN JUAN, PR 00936-0998


SAFE HOME SECURITY INC               SERBIA'S SCHOOL OF BEAUTY CULTURE, INC.   SYSTRONICS
8278 INNOVATION WAY                  PO BOX 1147                          PO BOX 19430
CHICAGO, IL 60682-0082               GUAYAMA, PR 00785-1147               SAN JUAN, PR 00910


TRANSPORTE CHRISTIAN INC             JUAN CARLOS BIGAS VALEDON            MONSITA LECAROZ ARRIBAS
URB FERRY BARRANCAS 61               JUAN C BIGAS LAW OFFICE              OFFICE OF THE US TRUSTEE (UST)
CALLE ALELIES                        PO BOX 7011                          OCHOA BUILDING
PONCE, PR  00730                     PONCE, PR 00732-7011                 500 TANCA STREET  SUITE 301
                                                                          SAN JUAN, PR 00901


NOREEN WISCOVITCH RENTAS             End of Label Matrix
PMB 136                              Mailable recipients    42
400 CALAF STREET                     Bypassed recipients     0
SAN JUAN, PR 00918-1314              Total                  42
```